UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARY LOUISE CAPERS WEBB ROUTTE WELLS | CIVIL ACTION NO. 15-0025 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HAIN CELESTIAL GROUP, INC. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Hain Celestial Group, Inc.'s Motion to Dismiss (Record Document 10) is **GRANTED** for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 16th day of December, 2015.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE